# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

## November 12, 2008

| 28887 | State v. Cambra | Affirmed |

### November 14, 2008

| 27796 | Seiji Tsutsumi v. Hawaii Prince Hotel Waikiki Corp. | Affirmed |
| 29034 | State v. Kiaaina | Affirmed |

### November 19, 2008

| 28068 | J.B. v. L.A. | Affirmed |
| 28053 | State v. Dela Cruz | Affirmed |

### November 21, 2008

| 27695 | Alvarez Family Trust v. Association of Apartment Owners of Kaanapali Alii | Affirmed |
| 28553 | Enos v. Brewer | Affirmed |
| 28666 | State v. Pia | Affirmed |
| 29027 | State v. Randall | Affirmed |
| 29004 | State v. Sharpe | Affirmed |
| 28906 | State v. Su Jung Jang | Affirmed |

### November 24, 2008

| 28818 | State v. Goya | Affirmed |
| 28983 | State v. Imura | Affirmed |
| 28844 | State v. Jeong Hyun Kim | Affirmed |
| 29028 | State v. Louie | Affirmed |
| 28705 | Valente v. State | Affirmed |

### November 25, 2008

| 28700 | State v. Lealao | Affirmed |

### November 28, 2008

| 28720 | Alexander v. State | Affirmed |
| 28644 | Fistes v. Kobayashi | Affirmed |
| 28658 | Pacheco v. Corder | Vacated and Remanded |
| 28247 | State v. Gabris | Affirmed |